IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-310-BO

| | |
|---|---|
| GENERAL PARTS DISTRIBUTION<br>LLC d/b/a CARQUEST AUTO PARTS<br>and GENERAL PARTS, INC.,<br>      Plaintiff,<br><br>v.<br><br>JENNISON PERRY,<br>      Defendants. | <u>O R D E R</u> |

This matter is before the Court on defendant's motion for a court-hosted settlement conference pursuant to Local Civil Rule 101.2 [DE 58]. For the following reasons, defendant's motion is GRANTED.

## DISCUSSION

Local Rule 101.2 allows this Court to order a court-hosted settlement conference upon its own initiative or upon a party's motion. In some cases, such conferences are best reserved for use upon the completion of discovery. In other matters, concerns of judicial efficiency may persuade the court to implement such conferences while discovery is ongoing. Having heard the parties' respective summaries of this case at a prior hearing on unrelated motions, and observing that there are multiple discovery motions currently pending, the Court finds that ordering this matter to a court-hosted settlement conference is appropriate at this time. This may allow the parties to come to a resolution before engaging in several drawn-out discovery disputes.

## CONCLUSION

Accordingly, plaintiffs and defendant shall conduct a court-hosted settlement conference before United States Magistrate Judge James E. Gates on or before January 31, 2013.

SO ORDERED, this __20__ day of December, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE